# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Oloveuse Savior,

      Plaintiff,                                  Civil No. 12-753 (RHK/FLN)

vs.                                                **ORDER**

Hennepin County Juvenile Protection Agency
and Juvenile Court, Mike Freeman, Hennepin
County Attorney's Office, Mike Opat, Hennepin
County Commissioner's Office,

      Defendants.

---

Before the Court is a document entitled "Reconsider: Before Appeal," which the undersigned construes as an objection to Magistrate Judge Noel's July 12, 2012 Report and Recommendation in which it is recommended that the matter be dismissed without prejudice.

Having reviewed the Report and Recommendation de novo, and considering all of the files, records and proceedings herein, **IT IS ORDERED**:

1. Plaintiff's Objection (Doc. No. 8) is **OVERRULED**;

2. The Report and Recommendation (Doc. No. 6) is **ADOPTED**;

3. Plaintiff's Application to Proceed <u>in forma pauperis</u> (Doc. No. 2) is **DENIED**; and

4. The Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 9, 2012

                                                  <u>s/Richard H. Kyle</u>
                                                  RICHARD H. KYLE
                                                  United States District Judge